```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN A. DELL, | ) | 1:05-cv-0320 OWW LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO EXTEND |
| v. | ) | TIME |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from November 14, 2005 to December 15, 2005.

///
///
///
///
///
///
///
///
///

1  This is defendant's first request for an extension of time to
2 file a response to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response in
4 this matter.
5                                   Respectfully submitted,
6
7 Dated: November 9, 2005         /s/ Robert D. Christenson
                                   (As authorized via facsimile)
8                                  ROBERT D. CHRISTENSON
                                   Attorney for Plaintiff
9
10
11 Dated: November 9, 2005         McGREGOR W. SCOTT
                                   United States Attorney
12
13                                 /s/ Kristi C. Kapetan
                                   KRISTI C. KAPETAN
14                                 Assistant U.S. Attorney
15
   IT IS SO ORDERED.
16
   **Dated:   November 9, 2005**            **/s/ Lawrence J. O'Neill**
17 66h44d                          UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28